UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RUTH WILSON,

            Plaintiff,

    vs-                         **STIPULATION AND ORDER**

L3 HARRIS,                    Civil Action No.: 23-CV-6079-EAW

            Defendant.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for the Defendant and Ruth Wilson, *Pro Se* Plaintiff, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued on the merits and with prejudice, without costs to any party as against the other.

Dated:  December 3, 2024

HARRIS BEACH PLLC

s/Daniel J. Moore
Daniel J. Moore
*Attorneys for Defendant*
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8800
E-Mail:  dmoore@harrisbeach.com

Dated: December 3, 2024

s/Ruth Wilson
Ruth Wilson
*Pro Se Plaintiff*
213 Winbourne Road
Rochester, New York 14619

SO ORDERED:

Hon. Elizabeth A. Wolford
United States District Judge
Date:   December 3  , 2024